**96–1185. State ex rel. Findlay Publishing Co. v. Schroeder.**
On application for attorney fees and costs. Relator granted $5,000 in attorney fees and a refund of

$140 in costs (security deposit and docket fee). Relator's request for additional costs and expenses is denied.

PFEIFER, J., dissents.